No. 74–895. VIRGINIA STATE BOARD OF PHARMACY ET AL. *v.* VIRGINIA CITIZENS CONSUMER COUNCIL, INC. ET AL. Appeal from D. C. E. D. Va. Probable jurisdiction noted. 

No. 74–54. TRANSAMERICAN FREIGHT LINES, INC. *v.* BRADA MILLER FREIGHT SYSTEMS, INC., ET AL. C. A. 7th Cir. Certiorari granted.

No. 74–125. ALAMO LAND & CATTLE Co., INC. *v.* ARIZONA. C. A. 9th Cir. Certiorari granted. 

No. 74–220. HANCOCK, ATTORNEY GENERAL OF KENTUCKY *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 6th Cir. Certiorari granted. 

No. 74–869. UNITED STATES *v.* UNITED CONTINENTAL TUNA CORP. C. A. 9th Cir. Certiorari granted. 

No. 74–884. UNITED STATES *v.* POWELL. C. A. 9th Cir. Certiorari granted. 

No. 74–773. HUDGENS *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Motion to defer consideration denied. Certiorari granted. 

No. 74–966. AMERICAN FOREIGN STEAMSHIP Co. *v.* MATISE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 
